351 F.2d 950
 Walter Bryne ELLER, Jr., Appellant,
v.
UNITED STATES of America, Appellee.
 No. 21115.
 United States Court of Appeals Fifth Circuit.
 Oct. 29, 1965.
 
 Walter Bryne Eller, Jr., in pro. per.
 Robert E. Hauberg, U.S. Atty., Jackson, Mass., E. Donald Strange, Asst. U.S. Atty., Jackson, Miss., for appellee.
 Before JONES, WISDOM and GEWIN, Circuit Judges.
 PER CURIAM:
 
 
 1
 The record on this appeal does not disclose any prejudicial error. The judgment of the district court is
 
 
 2
 Affirmed.